

**Le Best Banana Supply Company, Inc.**
P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

INVOICE

PAGE 1   PAGE 1

SUPERIOR TOMATO-A
000041

| SOLD TO | SHIP TO |
|---|---|
| 000041<br>SUPERIOR TOMATO-AVOCADO CO INC<br>ATTN: ACCOUNTS PAYABLE<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 | SUPERIOR TOMATO-AVOCADO CO INC<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 |

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/21/11 | 03 | 86931 | 11/18/11 | MAURILIOS TRUCKING | n/10 | 00035805 | 11/21/11 | 00035805 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 548210 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

480-2167924



PLEASE RETURN THIS
PORTION WITH YOUR
PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | 4103.50 | | 4103.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO    TX
U.S.A.    78207

NO: 35805

Deliver To: SAME

U.S.A.

Date Loaded: 11/21/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker: Call: _____ At: _____ On _____

*Without Fail:* Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86931 |
|---|---|---|---|
| 480 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 548610 | |
|  | 2350 | | |

*Bananas must be refrigerated at 58 degrees*
Driver Initials: PMB
*No Unauthorized Deduction Allowed*

TruckBroker: MAURILIOS TRUCKING

Truck Owner: SAME

TruckLicense: 450803 KS

Driver's Signature: _____

*Receiver:* Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
*Buyers Representative*



# Le Best Banana Supply Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

PAGE 1     PAGE 1

**SOLD TO:**
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

**SHIP TO:**
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/18/11 | 03 | 86531 | 11/11/11 | MAURILIOS TRUCKING | n/10 | 00035791 | 11/18/11 | 00035791 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY SURCHARGE | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER SERIAL # J 548612 | Ordered | 1.0000 | | | |
| | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

480-0167943



PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | | 4103.50 | 4103.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO  TX
U.S.A.  78207

NO: 35791

Deliver To: SAME

U.S.A.

Date Loaded: 11/18/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86531 |
|---|---|---|---|
| 480 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 548612 | |
|  | 23 5° | | |

*Bananas must be refrigerated at 58 degrees*
*No Unauthorized Deduction Allowed*
Driver Initials: CC

TruckBroker: MAURILIOS TRUCKING
Truck Owner: SAME
TruckLicense: BE1446 TX
Driver's Signature: Carloscruz

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative

# Le Best
## Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

000041

SOLD TO:
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

PAGE 1

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/15/11 | 03 | 86530 | 11/11/11 | OWN TRUCK | n/10 | 00035772 | 11/15/11 | 00035772 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 476.0000 | | | |
| | Shipped | 476.0000 | CTNS | 4.1500 | 1975.40 |
| CROSSING & ENTRY SURCHARGE | Ordered | 476.0000 | | | |
| | Shipped | 476.0000 | CTNS | 4.3500 | 2070.60 |
| TEMP. RECORDER SERIAL # J 548597 | Ordered | 1.0000 | | | |
| | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

236-0367866
240-2167895

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4069.50 | .00 | .00 | .00 | .00 | 4069.50 | | 4069.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO    TX
U.S.A.    78207

NO: 35772

Deliver To: SAME

U.S.A.

Date Loaded: 11/15/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:  Call: _____  At: _____  On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86530 |
|---|---|---|---|
| 476 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 548597 | |
|  | 2350 |  |  |

Bananas must be refrigerated at 58 degrees
Driver Initials
*No Unauthorized Deduction Allowed

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

TruckBroker: SUPERIOR

Truck Owner: MAURILIOS

TruckLicense: AS73369 TX

Driver's Signature: _____

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Le Best Banana Supply Company, Inc.**
P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

INVOICE

PAGE 1 | PAGE 1
SUPERIOR TOMATO-A
000041

SOLD TO:
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

TERMS: n/10
INVOICE NO. 00035743
INV. DATE 11/11/11
INV. NO. 00035743

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA |
|---|---|---|---|---|
| 11/11/11 | 03 | 86529 | 11/04/11 | OWN TRUCK |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | CTNS | 4.1500 | 1992.00 |
| | Shipped | 480.0000 | | | |
| CROSSING & ENTRY SURCHARGE | Ordered | 480.0000 | CTNS | 4.3500 | 2088.00 |
| | Shipped | 480.0000 | | | |
| TEMP. RECORDER SERIAL # J 548563 | Ordered | 1.0000 | UNIT | 23.5000 | 23.50 |
| | Shipped | 1.0000 | | | |

480-0367853

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL |
|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | 4103.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

INVOICE TOTAL: 4103.50

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO  TX
U.S.A.  78207

NO: 35743

Deliver To: SAME

U.S.A.

Date Loaded: 11/11/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker: Call: _____ At: _____ On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86529 |
|---|---|---|---|
| 480 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 548563 | |
|  | 235 | | |

Bananas must be refrigerated at 58 degrees
Driver Initials
*No Unauthorized Deduction Allowed

TruckBroker: MAURILIOS TRUCKING

Truck Owner: SAME

TruckLicense: BE81446 TX

Driver's Signature: Carlos cm

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Le Best Banana Supply Company, Inc.**

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

PAGE 1   PAGE 1

SOLD TO:
000140
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/08/11 | 03 | 86528 | 11/04/11 | OWN TRUCK | n/10 | 00035723 | 11/08/11 | 00035723 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 576.0000 | | | |
| | Shipped | 576.0000 | CTNS | 4.1500 | 2390.40 |
| CROSSING & ENTRY | Ordered | 576.0000 | | | |
| SURCHARGE | Shipped | 576.0000 | CTNS | 4.3500 | 2505.60 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 548579 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

576-0667796

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4919.50 | .00 | .00 | .00 | .00 | | 4919.50 | 4919.50 |

# LE BEST BANANA SUPPLY CO., INC.

## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO        TX
U.S.A.      78207

NO: 35723

Deliver To:  SAME

U.S.A.

Date Loaded: 11/8/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:     Call:_____     At:_____     On_____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86528 |
|---|---|---|---|
| 576 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 548579 | |
| | 2350 | | |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed
CC Driver Initials

TruckBroker:  MAURILIOS TRUCKING

Truck Owner:  SAME

TruckLicense:  BE81446 TX

Driver's Signature

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received:_____
Time Received:_____
Received By:_____
Buyers Representative

# Le Best Banana Supply Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

PAGE 1   PAGE 1

000041
SOLD TO: SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO: SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/04/11 | 03 | 86136 | 10/28/11 | OWN TRUCK | n/10 | 00035709 | 11/04/11 | 00035709 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 576.0000 | | | |
|  | Shipped | 576.0000 | CTNS | 3.6500 | 2102.40 |
| CROSSING & ENTRY | Ordered | 576.0000 | | | |
| SURCHARGE | Shipped | 576.0000 | CTNS | 4.3500 | 2505.60 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 545481 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |



144- 2167265
432- 2167775

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4631.50 | .00 | .00 | .00 | .00 | 4631.50 | | 4631.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO   TX
U.S.A.   78207

NO: 35709

Deliver To: SAME

U.S.A.

Date Loaded: 11/4/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On: _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86136 |
|---|---|---|---|
| 576 | 365 / 435 / 23⁵⁰ | CARTONS CARMELITA BANANAS TEMPERATURE RECORDER NUMBER: 545481 | |
| 1 | | | |

Bananas must be refrigerated at 58 degrees   O.R
*No Unauthorized Deduction Allowed        Driver Initials

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

TruckBroker: SUPERIOR
Truck Owner: O RIVERA
TruckLicense: Y64110 TX
Driver's Signature: _____

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative