

# INVOICE

**Banana Supply Company, Inc.**
P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

PAGE 1   PAGE 1

**SOLD TO:**
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

**SHIP TO:**
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/22/11 | 03 | 86932 | 11/18/11 | OWN TRUCK | n/10 | 00035814 | 11/22/11 | 00035814 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 548606 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

240-2167924
48-2167959
192-0167957

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | | 4103.50 | 4103.50 |

# LE BEST BANANA SUPPLY CO., INC.

## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO      TX
U.S.A.      78207

NO: 35814

Deliver To: SAME

U.S.A.

Date Loaded: 11/22/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86932 / 32476 |
|---|---|---|---|
| 480 | 415 / 435 / 2350 | CARTONS CARMELITA BANANAS | |
| 1 | | TEMPERATURE RECORDER NUMBER: 548608 | |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed
Driver Initials

TruckBroker: MAURILIOS
Truck Owner: SAME
TruckLicense: AS73369 TX
Driver's Signature: _____

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Banana Supply Company, Inc.**

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

PAGE 1   PAGE 1

SOLD TO: 000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/25/11 | 03 | 86933 | 11/18/11 | OWN TRUCK | n/10 | 00035830 | 11/25/11 | 00035830 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 542573 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

480-2168018

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | | 4103.50 | 4103.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# LE BEST BANANA SUPPLY CO., INC.

## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

Sold To: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO    TX
U.S.A.    78207

NO: 35830

Deliver To: SAME

U.S.A.

Date Loaded: 11/25/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:    Call: _____    At: _____    On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86933 |
|---|---|---|---|
| 480 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 542573 | |
| | 235° | | |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed
Driver Initials

TruckBroker: MAURILIOS TRUCKING

Truck Owner: SAME

TruckLicense: 450803 KS

Driver's Signature: [signature]

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____

Time Received: _____

Received By: _____
Buyers Representative



# Le Best Banana Supply Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

PAGE 1                    PAGE 1

SOLD TO:
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 11/28/11 | 03 | 86934 | 11/25/11 | OWN TRUCK | n/10 | 00035840 | 11/28/11 | 00035840 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
|  | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 542579 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

288-2468052
192-990038



PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | | 4103.50 | 4103.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

Sold To: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO    TX
U.S.A.    78207

NO: 35840

Deliver To: SAME

U.S.A.

Date Loaded: 11/28/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 86934 |
|---|---|---|---|
| 480 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 542579 | |
|  | 235° | | 57° 80° MB |

Bananas must be refrigerated at 58 degrees.
*No Unauthorized Deduction Allowed
Driver Initials

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

TruckBroker: MAURILIOS TRUCKING
Truck Owner: SAME
TruckLicense: 450889 KS
Driver's Signature: _____

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



# Le Best Produce Supply Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

| | | PAGE 1 | PAGE 1 |
|---|---|---|---|
| 000041 | | | |
| SOLD TO: SUPERIOR TOMATO-AVOCADO CO INC<br>ATTN: ACCOUNTS PAYABLE<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 | SHIP TO: SUPERIOR TOMATO-AVOCADO CO INC<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 | SUPERIOR TOMATO-A<br>000041 | |

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/01/11 | 03 | 87232 | 11/25/11 | OWN TRUCK | n/10 | 00035864 | 12/01/11 | 00035864 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 576.0000 | | | |
| | Shipped | 576.0000 | CTNS | 4.1500 | 2390.40 |
| CROSSING & ENTRY | Ordered | 576.0000 | | | |
| SURCHARGE | Shipped | 576.0000 | CTNS | 4.3500 | 2505.60 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 548561 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

144-216810
48-990033
384-990040

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4919.50 | .00 | .00 | .00 | .00 | 4919.50 | 4919.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# LE BEST BANANA SUPPLY CO., INC.

## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO    TX
U.S.A.    78207

NO: 35864

Deliver To: SAME

U.S.A.

Date Loaded: 12/1/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:  Call: _____  At: _____  On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87232 |
|---|---|---|---|
| 576 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 548561 | |
|  | 235° |  |  |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed
Driver Initials: MB

TruckBroker: MAURILIOS TRUCKING

Truck Owner: SAME

TruckLicense: Y206361 IA

Driver's Signature: _____

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Banana Supply Company, Inc.**

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

INVOICE

PAGE 1     PAGE 1

**SOLD TO:**
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

**SHIP TO:**
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/03/11 | 03 | 87233 | 11/25/11 | BUSTER LIND | n/10 | 00035874 | 12/03/11 | 00035874 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY SURCHARGE | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER SERIAL # J 542596 | Ordered | 1.0000 | | | |
| | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

480-2468144

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | 4103.50 | 4103.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO       TX
U.S.A.       78207

NO: 35874

Deliver To: SAME

U.S.A.

Date Loaded: 12/3/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87233 |
|---|---|---|---|
| 480 | 415 ✓ 435 235 | CARTONS CARMELITA BANANAS  TEMPERATURE RECORDER NUMBER: 542596 | |
| 1 | | | |

Bananas must be refrigerated at 58 degrees
Driver Initials

*No Unauthorized Deduction Allowed

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

TruckBroker: BUSTER LIND
Truck Owner: SAME
TruckLicense: Y92886 TX
Driver's Signature: _____

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



# Le Best Banana Supply Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

**INVOICE**

PAGE 1     PAGE 1

| | 000041 | | 000041 |
|---|---|---|---|
| SOLD TO | SUPERIOR TOMATO-AVOCADO CO INC<br>ATTN: ACCOUNTS PAYABLE<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 | SHIP TO | SUPERIOR TOMATO-AVOCADO CO INC<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 |

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/07/11 | 03 | 87235 | 11/25/11 | OWN TRUCK | n/10 | 00035892 | 12/07/11 | 00035892 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.1500 | 1992.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 542583 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

480-99 0042



| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4103.50 | .00 | .00 | .00 | .00 | | 4103.50 | 4103.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO  TX
U.S.A.  78207

NO: 35892

Deliver To: SAME

U.S.A.

Date Loaded: 12/7/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:  Call: _____  At: _____  On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87235 |
|---|---|---|---|
| 480 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 542583 | |
|  | 235 | | |

Bananas must be refrigerated at 58 degrees   CC
*No Unauthorized Deduction Allowed   Driver Initials

TruckBroker: MAURILIOS TRUCKING
Truck Owner: SAME
TruckLicense: AS73369 TX
Driver's Signature: Carlos Cruz

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Le Best Banana Supply Company, Inc.**

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

INVOICE

PAGE 1          PAGE 1

SOLD TO: 000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/09/11 | 03 | 87235 | 12/02/11 | OWN TRUCK | n/10 | 00035898 | 12/09/11 | 00035898 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 240.0000 | | | |
| | Shipped | 240.0000 | CTNS | 4.1500 | 996.00 |
| CROSSING & ENTRY SURCHARGE | Ordered | 240.0000 | | | |
| | Shipped | 240.0000 | CTNS | 4.3500 | 1044.00 |
| TEMP. RECORDER SERIAL # J 542610 | Ordered | 1.0000 | | | |
| | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

240-2468182



PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 2063.50 | .00 | .00 | .00 | .00 | 2063.50 | | 2063.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO     TX
U.S.A.      78207

NO: 35898

Deliver To: SAME

U.S.A.

Date Loaded: 12/9/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87234 |
|---|---|---|---|
| 240 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 542610 | |
|  | 23 50 | | |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed
Driver Initials

TruckBroker: MAURILIOS TRUCKING

Truck Owner: SAME

TruckLicense: AS73369 TX

Driver's Signature: [signature]

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative