

# Le Bell
## Banana Supply Company, Inc.

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

PAGE 1 | PAGE 1

**SOLD TO:**
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

**SHIP TO:**
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/09/11 | 03 | 87643 | 12/02/11 | OWN TRUCK | n/10 | 00035900 | 12/09/11 | 00035900 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 240.0000 | | | |
| | Shipped | 240.0000 | CTNS | 4.1500 | 996.00 |
| CROSSING & ENTRY | Ordered | 240.0000 | | | |
| SURCHARGE | Shipped | 240.0000 | CTNS | 4.3500 | 1044.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 542519 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |



48-2464182
192-2168219

PLEASE RETURN THIS
PORTION WITH YOUR
PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 2063.50 | .00 | .00 | .00 | .00 | | 2063.50 | 2063.50 |

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO     TX
U.S.A.     78207

NO: 35901

Deliver To: SAME

U.S.A.

Date Loaded: 12/10/2011
Departure Time:
Scheduled Delivery: ASPC

Trucker:  Call: _____  At: _____  On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87643 |
|---|---|---|---|
| 240 | 415 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 542519 | |
|  | 235⁰ | | |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed
Driver Initials

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

TruckBroker: BUSTERLING

Truck Owner: SAME

TruckLicense: Y92886 TX

Driver's Signature: _____

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Le Best Banana Supply Company, Inc.**
P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

INVOICE

PAGE 1   PAGE 1

| | |
|---|---|
| SOLD TO | 000041<br>SUPERIOR TOMATO-AVOCADO CO INC<br>ATTN: ACCOUNTS PAYABLE<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 |
| SHIP TO | SUPERIOR TOMATO-AVOCADO CO INC<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 |
| | SUPERIOR TOMATO-A<br>000041 |

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/13/11 | 03 | 87407 | 12/09/11 | OWN TRUCK | n/10 | 00035920 | 12/13/11 | 00035920 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.6500 | 2232.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 542603 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

96-2168219
384-990044

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4343.50 | .00 | .00 | .00 | .00 | 4343.50 | | 4343.50 |

Bananas must be refrigerated at 58 degrees    *Driver Initials*
*No Unauthorized Deduction Allowed*

TruckBroker: MAURILIOS TRUCKING

Truck Owner: SAME

TruckLicense: AS73369 TX

Driver's Signature:

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____

Time Received: _____

Received By: _____
    *Buyers Representative*

# INVOICE

**Le Best Banana Supply Company, Inc.**
P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

PAGE 1     PAGE 1

**SOLD TO:**
000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

**SHIP TO:**
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/16/11 | 03 | 87408 | 12/09/11 | OWN TRUCK | n/10 | 00035930 | 12/16/11 | 00035930 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 240.0000 | | | 1116.00 |
| | Shipped | 240.0000 | CTNS | 4.6500 | |
| CROSSING & ENTRY SURCHARGE | Ordered | 240.0000 | | | 1044.00 |
| | Shipped | 240.0000 | CTNS | 4.3500 | |
| TEMP. RECORDER SERIAL # J 849528 | Ordered | 1.0000 | | | 23.50 |
| | Shipped | 1.0000 | UNIT | 23.5000 | |

240-990045

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 2183.50 | .00 | .00 | .00 | .00 | | 2183.50 | 2183.50 |

---

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

*SoldTo:* SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO    TX
U.S.A.    78207

*NO:* 35930

*Deliver To:* SAME

*Date Loaded:* 12/16/2011
*Departure Time:*
*Scheduled Delivery:* ASPC

U.S.A.

*Trucker:* ____ *Call:*_____ *At:*_____ *On*_____

*Without Fail:* Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87408 |
|---|---|---|---|
| 240 | 465 | CARTONS CARMELITA BANANAS | |
| 1 | 435 | TEMPERATURE RECORDER NUMBER: 849528 | |



**Le Best Banana Supply Company, Inc.**
P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

PAGE 1        PAGE 1

SOLD TO: 000041
SUPERIOR TOMATO-AVOCADO CO INC
ATTN: ACCOUNTS PAYABLE
750 MERIDA ST
SAN ANTONIO TX 78207

SHIP TO:
SUPERIOR TOMATO-AVOCADO CO INC
750 MERIDA ST
SAN ANTONIO TX 78207

SUPERIOR TOMATO-A
000041

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/17/11 | 03 | 87796 | 12/09/11 | OWN TRUCK | n/10 | 00035941 | 12/17/11 | 00035941 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 240.0000 | CTNS | 4.6500 | 1116.00 |
| | Shipped | 240.0000 | | | |
| CROSSING & ENTRY SURCHARGE | Ordered | 240.0000 | CTNS | 4.3500 | 1044.00 |
| | Shipped | 240.0000 | | | |
| TEMP. RECORDER SERIAL # J 849534 | Ordered | 1.0000 | UNIT | 23.5000 | 23.50 |
| | Shipped | 1.0000 | | | |

240-0668285

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 2183.50 | .00 | .00 | .00 | .00 | 2183.50 | | 2183.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO. ,INC
750 MERIDA ST.
SAN ANTONIO     TX
U.S.A.           78207

NO: 35941

Deliver To: SAME

Date Loaded: 12/17/2011
Departure Time:

U.S.A.

Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87796 |
|---|---|---|---|
| 240 | 465 / 435 / 23⁵⁰ | CARTONS CARMELITA BANANAS  TEMPERATURE RECORDER NUMBER: 849534 | |
| 1 | | | |

Bananas must be refrigerated at 58 degrees
*No Unauthorized Deduction Allowed*
L. C. Driver Initials

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

TruckBroker: BUSTER LIND

Truck Owner: SAME

TruckLicense: Y92886 TX

Driver's Signature: Leo Cant

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative



**Le Best Banana Supply Company, Inc.**

P.O. Box 295 • Hidalgo, Texas 78557
(956) 843-2743 • Fax (956) 843-8893

# INVOICE

PAGE 1     PAGE 1

000041

| SOLD TO | SHIP TO | |
|---|---|---|
| SUPERIOR TOMATO-AVOCADO CO INC<br>ATTN: ACCOUNTS PAYABLE<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 | SUPERIOR TOMATO-AVOCADO CO INC<br>750 MERIDA ST<br>SAN ANTONIO TX 78207 | SUPERIOR TOMATO-A<br>000041 |

| DATE | SLSMN | ORDER NO. | ORD. DATE | SHIPPED VIA | TERMS | INVOICE NO. | INV. DATE | INV. NO. |
|---|---|---|---|---|---|---|---|---|
| 12/21/11 | 03 | 87409 | 12/16/11 | OWN TRUCK | n/10 | 00035955 | 12/21/11 | 00035955 |

| ITEM/DESCRIPTION/SERIAL NO. | QUANTITIES | | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| CARMELITA BANANAS | Ordered | 480.0000 | | | |
| | Shipped | 480.0000 | CTNS | 4.6500 | 2232.00 |
| CROSSING & ENTRY | Ordered | 480.0000 | | | |
| SURCHARGE | Shipped | 480.0000 | CTNS | 4.3500 | 2088.00 |
| TEMP. RECORDER | Ordered | 1.0000 | | | |
| SERIAL # J 849540 | Shipped | 1.0000 | UNIT | 23.5000 | 23.50 |

384 - 0668285
96 - 2168374

| NON-TAXABLE | TAXABLE | SALES TAX | FREIGHT | MISC. | INVOICE TOTAL | | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|
| 4343.50 | .00 | .00 | .00 | .00 | | 4343.50 | 4343.50 |

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

# LE BEST BANANA SUPPLY CO., INC.
## CARMELITA BRANDS

CARMELITA CENTER LOT #2
1710 E HWY 281
P. O. BOX 295
HIDALGO, TX 78557

PHONE: (956) 843-2743
FAX: (956) 843-8893

SoldTo: SUPERIOR TOMATOE-AVOCADO CO., INC
750 MERIDA ST.
SAN ANTONIO   TX
U.S.A.   78207

NO: 35955

Deliver To: SAME

Date Loaded: 12/21/2011
Departure Time:

U.S.A.

Scheduled Delivery: ASPC

Trucker:   Call: _____   At: _____   On _____

Without Fail: Protect cargo from weather and other damage. In event of delay notify receiver or shipper at once by telephone. Driver is responsible for count. Shortages will be deducted from your freight. Failure to follow instructions will make you liable for damages.

| Quantity Shipped | Quantity Received | Broker: | Buyer's P.O. #: 87409 |
|---|---|---|---|
| 480 | 465  435  235 | CARTONS CARMELITA BANANAS  TEMPERATURE RECORDER NUMBER: 849540 | 57° 58° |
| 1 | | | |

Bananas must be refrigerated at 58 degrees
Driver Initials: C.C.
*No Unauthorized Deduction Allowed

TruckBroker: BUSTER LIND TRUCKING

Truck Owner: SAME

TruckLicense: Y92886 TX

Driver's Signature: _____

Receiver: Please note any count variance or exception on way bill. Complaints and claims must be handled in accordance with seller/shipper's uniform terms and conditions governing sales.

Date Received: _____
Time Received: _____
Received By: _____
Buyers Representative